Argued and submitted June 12, 2001, affirmed May 29, 2002

In the Matter of the Compensation of
Larry L. Little, Claimant.

SAIF CORPORATION
and Pope & Talbot, Inc.,
*Petitioners,*

*v.*

Larry L. LITTLE;
American Can Co.;
and Employers Insurance of Wausau,
*Respondents.*

99-05373, 99-01897; A110471

47 P3d 528

Jerome P. Larkin, Appellate Counsel, argued the cause and filed the brief for petitioners.

Robert D. Carlson argued the cause for respondent Larry L. Little. With him on the brief was Kryger, Alexander, Egan & Elmer, P.C.

Brad G. Garber argued the cause for respondents American Can Co. and Employers Insurance of Wausau. With him on the brief was Meyers, Radler, Bohy, Replogle & Miller.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *SAIF v. Webb*, 181 Or App 205, 45 P3d 950 (2002).